UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**UNITED STATES OF AMERICA**

      V.                      CRIMINAL NO. 20-MJ-02430-MBB

**ARTHUR HODGES**
        **Defendant**

## DEFENDANT'S ASSENTED TO MOTION TO MODIFY CONDITIONS OF RELEASE

As a condition of release the Court set a curfew of 9:00 pm to 6:00 am. The defendant, through undersigned counsel moves the Court to modify the curfew condition. The desired modification would read as follows; *The curfew may be extended by the probation office for employment, medical, or other necessary reasons as approved by the probation office*. Undersigned counsel has conferred with AUSA Kaitlin O'Donnell, USPO Erin Hennemann and USPO Brandon Miles who all assent to the above modification to conditions of release.

Defendant, by his attorney,
/s/ *Carlos J. Dominguez*
Carlos J. Dominguez
90 Canal Street
4th Floor
Suite 400
Boston, MA 02114
(617) 742-2824
BBO # 567005                      Date: 10/01/2020

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served on all counsel of record on 10/01/20 by complying with this court's directives on
electronic  filing.

/s/ *Carlos J. Dominguez*